# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

Chattanooga Division

FILED

JAN 09 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

JOHNATHAN ALLEN

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

1. Sherriff Blackwell
2. Lincoln County Sheriff Dept., etal
3. Luke Hastings, SGT
4. Vicky Afisoy, Admin.
5. Jim Baldwin,
6. Jonathan Allen, Ofc
7. Josh Murphy, Corporal

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 1:23-mc-3 CEA/SKL
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Johnathan Allen
All other names by which you have been known:
ID Number
Current Institution Bedford County Jail
Address 110 North Creek Drive, Shelbyville, TN 37610

City State Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name Blackwell, et al.
Job or Title *(if known)* Sherriff
Shield Number
Employer Lincoln County Sherriff Dept
Address 4151 Thorton Taylor PKWY
Fayetteville, TN 37334
City State Zip Code

[X] Individual capacity [X] Official capacity

Defendant No. 2

Name Vicky Afisov
Job or Title *(if known)* Admin
Shield Number
Employer Lincoln County Sherriff Dept
Address 4151 Thorton Taylor PKWY
Fayetteville, TN 37334
City State Zip Code

[X] Individual capacity [X] Official capacity

Defendant No. 3

Name Luke Hasting

Job or Title *(if known)* SGT.

Shield Number

Employer Lincoln County Sherriff Dept.

Address 4151 Thorton Taylor PKWY

Fayetteville TN 37334

*City* *State* *Zip Code*

[X] Individual capacity [X] Official capacity

Defendant No. 4

Name Jonathan Allen

Job or Title *(if known)* Ofc.

Shield Number

Employer Lincoln County Sherriff Dept

Address 4151 Thorton Taylor PKWY 37334

*City* *State* *Zip Code*

[X] Individual capacity [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name

All other names by which you have been known:

ID Number

Current Institution

Address

City State Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. #5

Name Jim Baldwin

Job or Title *(if known)* Admin

Shield Number

Employer Lincoln County Sheriff Dept

Address 4151 Thorton Taylor PKWY

Fayetteville, TN 37334

City State Zip Code

[X] Individual capacity [X] Official capacity

Defendant No. 6

Name Josh Murphy

Job or Title *(if known)* Corporal

Shield Number

Employer Lincoln County Sheriff Dept

Address 4151 Thorton Taylor PKWY

Fayetteville, TN 37334

City State Zip Code

[X] Individual capacity [X] Official capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [X] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

(See Attachment) Between the dates of 6-17-22 to 11-10-22. At Lincoln County Jail, Fayetteville, TN, 4151 Thorton Taylor Parkway, Fayetteville, TN 37334. Pod 208, B Pod, Holding, D Pod.

C. What date and approximate time did the events giving rise to your claim(s) occur?

(See Attachment) Several dates. Several events. Prea Claim.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(See Attachment) Prea Claim, Death of Veronica McGear-Thompson. Mental and Physical Injuries to Johnathan Allen,

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(See Attachment) Medical Treatment was denied by Lincoln County Sheriff Dept. Johnathan Allen will have life long injuries do to assault. Johnathan Allen's mother Veronica McGear Thompson death is the result of gross negligience by Lincoln County Jail staff. Johnathan Allen is on pain medication due to injuries ~~and~~, antiphyeotics and antidepressants due to mental damage from Lincoln County Sheriff Dept.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(See Attachment) $280,000.00 in total damages. Nominal Damages of $1 or more to be decided by court. Punitive Damages awarded to Johnathan Allen from Settlement. $80,000.00 up front the rest paid over 10 yrs. The hiring of more minorities by jail. Higher wages for jail staff. A New revamped Medical Program at jail. The implemention of a "Pre-Trial Program" and "GPS Home Detention".

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Lincoln County Sheriff Dept.
Fayetteville, TN 37334 (4151 Thorton Taylor Pkwy)

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

Lincoln County Sheriff Dept. Electronic Kiosks and on paper grievance

2. What did you claim in your grievance?

Physical Assault, Prea Claim, Physical Injury, Mental Injuries, Request for help, Request Furlough for help.

3. What was the result, if any?

Ignored. Transfered to different jail.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I've exhausted all steps. I've appealed to Sheriff. I've appealed to local District Attorney, my lawyer. I've appealed to all who would listen at Lincoln County jail.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

All Grievances were exhausted. All claims were and have been exhausted. LCSD has the ability to delete and destroy any and all records. They have destroyed all paper documents and video's that are in my favor. If possible.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [ ] Yes
- [x] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?
   - [ ] Yes
   - [ ] No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

No

- [ ] Yes
- [x] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   - [ ] Yes
   - [ ] No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-4-2023

Signature of Plaintiff Johnathan Allen

Printed Name of Plaintiff Johnathan Allen

Prison Identification #

Prison Address Bedford County Jail

110 North Creek Drive, Shelbyville, TN 37160

*City* *State* *Zip Code*

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City* *State* *Zip Code*

Telephone Number

E-mail Address

Johnathan Allen
Bedford County Jail
110 North Creek Drive
Shelbyville, TN 37160

NASHVILLE TN 370
6 JAN 2023 PM 6 L

Inmate
Mail

FOREVER USA
Barn Swallow

Clerk
US District Court
900 Georgia Ave
Room 309
Chattanooga, TN 37402

X-RAYED

Legal Mail

37402-225984